HARRY G. ECKERT, Respondent, *v.* CITY OF NEW YORK, Appellant.
(Action No. 1.)

IRA E. TERRY, Respondent, *v.* CITY OF NEW YORK, Appellant.
(Action No. 2.)

Argued April 14, 1947; decided May 15, 1947.

*Charles E. Murphy, Corporation Counsel (Herman E. Gott-fried, Seymour B. Quel* and *Francis T. Murray* of counsel), for appellant.

*Harry H. Fleming* for respondents.

Action No. 1.   Judgment affirmed, with costs; no opinion. Action No. 2.   Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.   Taking no part: LOUGHRAN, Ch. J.